# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-40698
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**
June 9, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Douglas Jawaun Gibson,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:23-CR-606-1

_____

Before Smith, Stewart, and Duncan, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Douglas Gibson has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gibson has filed responses. The record is not sufficiently developed to allow us to make a fair evaluation of Gibson's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief, relevant portions of the record, and Gibson's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Gibson's incorporated motions for appointment of new counsel and to proceed *pro se* are DENIED. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir. 1998).